**Joshua L. Thomas & Associates, PLLC**
**Joshua L. Thomas, Esq.**
225 Wilmington-West Chester Pike Suite 200
Chadds Ford, PA 19317
Phone:215-806-1733
Fax: 888-314-8910
E-mail: JoshuaLThomas@gmail.com

March 9, 2020

Via efiling
Judge Renee Marie Bumb
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

**Case Name:  BARKSDALE et al v. BANK OF AMERICA, et al.**
**Case Number: 1:19-cv-17544-RMB-JS**

Dear Judge Bumb,

I have just received the attached email from both Mr. and Mrs. Barksdale, regarding the upcoming hearing on March 10, 2020 with Mrs Barksdale. (see Exhibit A). Given that both Mr. and Mrs. Barksdale have been advised to, and intend to, remain silent at the hearing, we request that the upcoming hearing tomorrow be canceled, as apparently nothing will be said by Mr. or Mrs. Barksdale during that time, and we do not wish to waste the court's time. As such, we request that as discussed at the prior hearing, the case remain dismissed, until all prerequisites can be met to your honor's satisfaction, as set at the prior hearing for the case to be reinstated and after the ongoing case against Mr. Barksdale is completed. At that time, both Mr. and Mrs. Barksdale will appear before your honor and will not rely on their 5th amendment rights.

If you have any questions, please do not hesitate to call at 215-806-1733.

Thank you for your kind consideration,

 /s/ Joshua Thomas_____
Joshua Thomas, Esq.

# EXHIBIT A

Case 1:19-cv-17544-RMB-JS   Document 21   Filed 03/09/20   Page 3 of 3 PageID: 303

 **Josh Thomas <joshualthomas@gmail.com>**

---

## hearing tomorrow

---

**w b** <barksdale101@hotmail.com>                                      Mon, Mar 9, 2020 at 10:44 AM
To: Josh Thomas <joshualthomas@gmail.com>

Attorney Thomas

Please forward to Judge that we are withdrawing our complaint and will refile at a later date.

We have been advised by our state attorney not to speak and will invoke our right to remain silent.

Thank you

William Barksdale
Trene Barksdale