UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

| | |
|---|---|
| **CAMDEN OFFICE** | **DATE OF PROCEEDINGS** |
| **JUDGE RENÉE MARIE BUMB** | March 10, 2020 |
| **COURT REPORTER: TED FORMAROLI** | |
| | **Docket #** 19-cv-17544(RMB/JS) |

**TITLE OF CASE:**

BARKSDALE, ET AL., VS. BANK OF AMERICA, NATIONAL ASSOCIATION, ET AL.,

**APPEARANCES:**

Joshua Louis Thomas, Esquire for plaintiffs

**NATURE OF PROCEEDINGS: IN-PERSON STATUS CONFERENCE**

In Person Status Conference Held.

Time commenced: 10:15 a.m.　　　　　　　Time Adjourned: 10:41 a.m.

　　　　　　　　　　　　　　　　　　　　Total 26 Minutes

　　　　　　　　　　　　　　　　　　　　s/ *Arthur Roney*
　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK